1   JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
2   JOANN M. SWANSON (CSBN 88143)
    Chief, Civil Division
3   MELANIE L. PROCTOR (CSBN 228971)
    Melanie.Proctor@usdoj.gov
4   Assistant United States Attorney

5       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
6       Telephone: (415) 436-6730
        FAX: (415) 436-6927
7
    Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                          OAKLAND DIVISION
11

12  TAKESHI ITO,                          )
                                          )   No. C 08-1160 CW
13                      Plaintiff,        )
                                          )
14          v.                            )   **STIPULATED DISMISSAL and**
                                          )   **ORDER**
15  MICHAEL CHERTOFF, Secretary,          )
    Department of Homeland Security, et al., )
16                                        )
                        Defendants.       )
17  _____ )

18          Plaintiff, by and through his attorneys of record, and Defendants, by and through their

19  attorneys of record, hereby stipulate, pursuant to Fed. R. Civ. P. 41(a), to dismissal of the above-

20  entitled action without prejudice in light of the fact that the United States Citizenship and

21  Immigration Services is now prepared to adjudicate Plaintiff's application for naturalization and

22  agrees to do so within 30 days of the dismissal of this action.

23  ///

24  ///

25  ///

26  ///

27  ///

28

    STIPULATED DISMISSAL
    No. C 08-1160 CW

1    The parties shall bear their own costs and fees.

2  Dated: April 1, 2008                          Respectfully submitted,

3                                                JOSEPH P. RUSSONIELLO
                                                 United States Attorney
4

5                                                _____/s/_____
                                                 MELANIE L. PROCTOR[1]
6                                                Assistant United States Attorney

7  Dated: April 1, 2008

8                                                _____/s/_____
                                                 JAMES M. BYRNE
9                                                Attorney for Plaintiff

10

11
                                    **ORDER**
12
         Pursuant to stipulation, IT IS SO ORDERED.
13

14  Date: 4/2/08

15                                               CLAUDIA WILKEN
                                                 United States District Judge
16

17

18

19

20

21

22

23

24

25

26

27
─────────────────────
28    [1]I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any
    signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATED DISMISSAL
No. C 08-1160 CW                    2